# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FEENEY AND JASON FOSSELLA, individually and on behalf of all others similarly situated, <br>                 Plaintiff(s), <br> v. <br> ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES, LLC, AND ROBINHOOD MARKETS INC., <br>                 Defendant(s). | Case No: _____ <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

    I, **Jason S. Rathod**, an active member in good standing of the bar of **the District of Columbia**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Mark Feeney and Jason Fossella** in the above-entitled action. My local co-counsel in this case is **Selin Demir**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> 412 H St. NE, Suite 302, <br> Washington, D.C. 20002 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> 388 Market St., Suite 1300, <br> San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> 202-470-3520 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> 415-489-7004 |
| MY EMAIL ADDRESS OF RECORD: <br> jrathod@classlawdc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> sdemir@classlawdc.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **1000882**.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/04/2021                                      /s/Jason S. Rathod
                                                                                     APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of **Jason S. Rathod** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                             UNITED STATES DISTRICT/MAGISTRATE JUDGE