UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FEENEY AND JASON FOSSELLA, individually and on behalf of all others similarly situated, <br> Plaintiff(s), <br> v. <br> ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES, LLC, AND ROBINHOOD MARKETS INC., <br> Defendant(s). | Case No: _____ <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, **Nicholas A. Migliaccio**, an active member in good standing of the bar of **the District of Columbia**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Mark Feeney and Jason Fossella** in the above-entitled action. My local co-counsel in this case is **Selin Demir**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 412 H St. NE, Suite 302, Washington, D.C. 20002 | 388 Market St., Suite 1300, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 202-470-3520 | 415-489-7004 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| nmigliaccio@classlawdc.com | sdemir@classlawdc.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **484366**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/04/2021                              /s/Nicholas A. Migliaccio
                                                              APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of **Nicholas A. Migliaccio** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE