UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK FEENEY, et al.,

           Plaintiffs,

    v.

ROBINHOOD FINANCIAL, LLC, et al.,

           Defendants.

Case No.  21-cv-00833-SVK

**ORDER RE: APPLICATIONS FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Re: Dkt. Nos. 6, 7

United States District Court
Northern District of California

On February 4, 2021, Plaintiffs' counsel filed two applications for admission of attorney pro hac vice.  Dkts. 6, 7.  However, Plaintiffs have failed to comply with the following:

- Pursuant to Local Rule 5-1(c) and (i), each attorney of record is obligated to become an ECF user and a document electronically filed must comply with either Local Rule 5-1(i)(2) or (3).
- Pursuant to Local Rule 11-3(a), a true and correct copy of a certificate of good standing or equivalent official document from said bar must be attached to each application.

Plaintiffs may resubmit completed applications.

    **SO ORDERED.**

Dated: February 4, 2021

SUSAN VAN KEULEN
United States Magistrate Judge