# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FEENEY AND JASON FOSSELLA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br>ROBINHOOD FINANCIAL, LLC,<br>ROBINHOOD SECURITIES, LLC,<br>AND ROBINHOOD MARKETS INC.,<br>　　　　　　　　　　Defendant(s). | Case No: _____<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, **Jason S. Rathod**, an active member in good standing of the bar of **the District of Columbia**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Mark Feeney and Jason Fossella** in the above-entitled action. My local co-counsel in this case is **Selin Demir**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>412 H St. NE, Suite 302,<br>Washington, D.C. 20002 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>388 Market St., Suite 1300,<br>San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>202-470-3520 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-489-7004 |
| MY EMAIL ADDRESS OF RECORD:<br>jrathod@classlawdc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>sdemir@classlawdc.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **1000882**.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  02/04/2021　　　　　　　　　　　　　　　　　　　/s/Jason S. Rathod
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of **Jason S. Rathod** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE