# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MARK FEENEY AND JASON FOSSELLA,
individually and on behalf of all others
similarly situated,

       Plaintiff(s),

   v.

ROBINHOOD FINANCIAL, LLC,
ROBINHOOD SECURITIES, LLC,
AND ROBINHOOD MARKETS INC.,

       Defendant(s).

Case No: _____

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

  I, ___Nicholas A. Migliaccio_____, an active member in good standing of the bar of ___the District of Columbia_____, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: __Mark Feeney and Jason Fossella_____ in the above-entitled action. My local co-counsel in this case is _____Selin Demir_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>412 H St. NE, Suite 302,<br>Washington, D.C. 20002 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>388 Market St., Suite 1300,<br>San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>202-470-3520 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>415-489-7004 |
| MY EMAIL ADDRESS OF RECORD:<br>nmigliaccio@classlawdc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>sdemir@classlawdc.com |

  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _484366_____.

  A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

  ***I declare under penalty of perjury that the foregoing is true and correct.***

Dated:   02/04/2021         /s/Nicholas A. Migliaccio
                 APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

  IT IS HEREBY ORDERED THAT the application of __Nicholas A. Migliaccio_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

               UNITED STATES DISTRICT/MAGISTRATE JUDGE