1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID WEIG, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br>v.<br><br>ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, and ROBINHOOD MARKETS, INC.,<br><br>Defendants. | Case No. 5:21−CV−00693−NC |
| THIS DOCUMENT RELATES TO:<br><br>*Cezana v. Robinhood Financial LLC et al,*<br>Case No. 3:21−cv−00759−SK<br><br>*Cheng et al. v. Ally Financial Inc. et al.,*<br>Case No. 3:21−cv−00781−SK<br><br>*Curiel−Ruth v. Robinhood Securities LLC et al.,*<br>Case No. 3:21−cv−00829−TSH<br><br>*Dalton v. Robinhood Securities, LLC et al.,*<br>Case No. 4:21−cv−00697−KAW | [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>[N. D. CAL. CIVIL L.R. 3-12]<br><br>Judge: Magistrate Nathanael Cousins<br><br>Trial Date:   None set<br>Action Filed:  January 28, 2021 |

*Days v. Robinhood Markets, Inc. et al.*,
Case No. 4:21−cv−00696−KAW

*Feeney et al. v. Robinhood Financial, LLC et al.*,
Case No. 5:21−cv−00833−SVK

*Krasowski et al. v. Robinhood Financial LLC et al.*,
Case No. 3:21−cv−00758−TSH

*Krumenacker v. Robinhood Financial, LLC et al.*,
Case No. 4:21−cv−00838−YGR

*Moody et al. v. Robinhood Financial, LLC et al.*,
Case No. 3:21-cv-00861-JCS

*Saliba v. Robinhood Markets, Inc. et al.*,
Case No. 3:21-cv-00871-JCS

*Clapp et al* v. *Ally Financial Inc. et al.*,
Case No. 3:21-cv-00896-JCS

**[PROPOSED] ORDER (5:21−CV−00693−NC)**

Having considered Plaintiff Sagi Cezana's Administrative Motion to Consider Whether the Cases Should be Related, as well as the pleadings on file, and good cause appearing, the Court **GRANTS** the motion and **ORDERS** the Clerk to relate the following filed cases to this instant matter:

1. *Cezana v. Robinhood Financial LLC et al,* Case No. 3:21−cv−00759−SK (filed Jan. 29, 2021);
2. *Cheng et al v. Ally Financial Inc. et al,* Case No. 3:21−cv−00781−SK (filed Feb. 1, 2021);
3. *Curiel−Ruth v. Robinhood Securities LLC et al,* Case No. 3:21−cv−00829−TSH (filed Feb. 2, 2021);
4. *Dalton v. Robinhood Securities, LLC et al,* Case No. 4:21−cv−00697−KAW (filed Jan. 28, 2021);
5. *Days v. Robinhood Markets, Inc. et al,* Case No. 4:21−cv−00696−KAW (filed Feb. 1, 2021);
6. *Feeney et al v. Robinhood Financial, LLC et al,* Case No. 5:21−cv−00833−SVK (filed Feb. 2, 2021);
7. *Krasowski et al v. Robinhood Financial LLC et al,* Case No. 3:21−cv−00758−TSH (filed Jan. 29, 2021);
8. *Krumenacker v. Robinhood Financial, LLC et al,* Case No. 4:21−cv−00838−YGR (filed Feb. 2, 2021);
9. *Moody et al. v. Robinhood Financial, LLC et al,* Case No. 3:21-cv-00861-JCS (filed Feb. 3, 2021);
10. *Saliba v. Robinhood Markets, Inc. et al,* Case No. 3:21-cv-00871-JCS (filed Feb. 3, 2021);
11. *Clapp et al* v. *Ally Financial Inc. et al*, Case No. 3:21-cv-00896-JCS (filed Feb. 4, 2021).

**IT IS SO ORDERED.**

Dated: March 5, 2021

LAUREL BEELER
United States Magistrate Judge