1 | C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
2 | **Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
3 | San Francisco, California 94104
Telephone: (415) 954-4400
4 | Facsimile: (415) 954-4480
Email: emonekanderson@fbm.com
5 | Email: bwisoff@fbm.com

6

7 | Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
8 | Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
9 | New York, NY 10019
Telephone: (212) 474-1000
10 | Facsimile: (212) 474-3700
Email: aryan@cravath.com
11 | Email: korsini@cravath.com
Email: bsukiennik@cravath.com
12

13 | Attorneys for Defendants Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.

14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| MARK FEENEY AND JASON FOSSELLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBINHOOD FINANCIAL LLC, a Delaware limited liability company; ROBINHOOD SECURITIES, LLC, a Delaware limited liability company; ROBINHOOD MARKETS, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 3:21-cv-00833-LB<br><br>**NOTICE OF APPEARANCE**<br><br>The Hon. Laurel Beeler |

---

*NOTICE OF APPEARANCE*
Case No. 3:21-cv-00833-LB

1  TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that C. Brandon Wisoff, of Farella Braun + Martel LLP, a limited liability partnership, hereby appears as counsel for Defendants Robinhood Markets, Inc., Robinhood Financial LLC and Robinhood Securities, LLC.  I am a member of the State Bar of California and am admitted to practice in the Northern District of California.  My address, telephone number and email are as follows:

C. Brandon Wisoff (State Bar No. 121930)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
bwisoff@fbm.com

I hereby request that copies of all pleadings and papers filed in connection with the above-captioned action be served upon me.

Dated:  March 8, 2021                              FARELLA BRAUN + MARTEL LLP

                                                   By: _____
                                                       C. Brandon Wisoff

                                                   Attorneys for Defendants
                                                   ROBINHOOD FINANCIAL LLC, et al.

39900\13980283.1

*NOTICE OF APPEARANCE*
Case No. 3:21-cv-00833-LB