1  C. Brandon Wisoff (State Bar No. 121930)
   Eric D. Monek Anderson (State Bar No. 320934)
2  **Farella Braun + Martel LLP**
   235 Montgomery Street, 17th Floor
3  San Francisco, California 94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480
   Email:  emonekanderson@fbm.com
5  Email:  bwisoff@fbm.com
6
   Antony L. Ryan (*pro hac vice* application forthcoming)
7  Kevin J. Orsini (*pro hac vice* application forthcoming)
   Brittany L. Sukiennik (*pro hac vice* application forthcoming)
8  **Cravath, Swaine & Moore LLP**
9  New York, NY 10019
   Telephone:  (212) 474-1000
10 Facsimile:  (212) 474-3700
   Email:  aryan@cravath.com
11 Email:  korsini@cravath.com
   Email:  bsukiennik@cravath.com
12
13 Attorneys for Defendants Robinhood
   Financial LLC, Robinhood Securities,
14 LLC, and Robinhood Markets, Inc.

15                          **UNITED STATES DISTRICT COURT**
16                          **NORTHERN DISTRICT OF CALIFORNIA**
                                **SAN FRANCISCO DIVISION**
17

| | |
|---|---|
| MARK FEENEY AND JASON FOSSELLA, individually and on behalf of all others similarly situated, | Case No.: 3:21-cv-00833-LB |
| Plaintiffs, | **JOINT STIPULATION TO EXTEND DEADLINE TO MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |
| vs. | |
| ROBINHOOD FINANCIAL LLC, a Delaware limited liability company; ROBINHOOD SECURITIES, LLC, a Delaware limited liability company; ROBINHOOD MARKETS, INC., a Delaware corporation, | The Hon. Laurel Beeler |
| Defendants. | |

1  Plaintiffs Mark Feeney and Jason Fossella ("Plaintiffs") and Defendants Robinhood
2  Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc. (collectively,
3  "Defendants", and together with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:
4  WHEREAS, Plaintiffs filed a Complaint on February 2, 2021 (Dkt. No. 1);
5  WHEREAS, Defendants' deadline to move or otherwise respond to the Complaint is
6  currently April 5, 2021;
7  WHEREAS, on February 5, 2021, the plaintiffs in *Cheng et al v. Ally Financial Inc. et al*, 21-
8  cv-00781 (N.D. Cal.), filed a Motion for Transfer of Actions to the Northern District of California
9  Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion") with
10 the Judicial Panel on Multidistrict Litigation ("Panel"), and included this action on the schedule of
11 actions requested to be centralized;
12 WHEREAS, on February 9, 2021, the Panel accepted the Motion for filing as *In re January
13 2021 Short Squeeze Trading Litigation* (MDL No. 2989) and ordered an accelerated briefing
14 schedule;
15 WHEREAS, on March 1, 2021, Plaintiffs filed a response to the Motion, agreeing
16 that the cases should be centralized into one multidistrict litigation;
17 WHEREAS, a hearing on the Motion is scheduled for March 25, 2021;
18 WHEREAS, the Parties want the action to proceed in an orderly and efficient manner;
19 WHEREAS, this is the first extension that has been requested and the Parties have not
20 obtained any previous extensions;
21 WHEREAS, Civil Local Rule 6-1 permits the Parties to "stipulate in writing, without a Court
22 order, to extend the time within which to answer or otherwise respond to the complaint" so long as
23 "the change will not alter the date of any event or any deadline already fixed by Court order";
24 WHEREAS, the Parties have met and conferred and agreed to extend the deadline to move or
25 otherwise respond to the operative Complaint to April 30, 2021, or, if the transfer motion is granted,
26 and the transferee judge orders Defendants to respond by a certain date, until the date by which the
27 transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is
28 later;

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses and challenges to jurisdiction; and

WHEREAS, such a stipulated extension would be without prejudice to Plaintiffs.

NOW THEREFORE, the Parties stipulate that:

1. Defendants' deadline to move or otherwise respond to the operative Complaint shall be extended to April 30, 2021, or, if the transfer motion is granted, and the transferee judge orders Defendants to respond by a certain date, until the date by which the transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is later.

2. The Parties may stipulate to a further extension of time to move or otherwise respond to the operative Complaint in this action.

3. Nothing herein shall prevent Defendants from moving for additional time to move or otherwise respond to the operative Complaint.

| | | |
|---|---|---|
| 1 | Dated: March 8, 2021 | By: /s/ C. Brandon Wisoff |

C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:  bwisoff@fbm.com
Email:  emonekanderson@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email:  aryan@cravath.com
Email:  korsini@cravath.com
Email:  bsukiennik@cravath.com

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*

Dated: March 8, 2021                    By: */s/ Selin Demir*
Selin Demir (SBN 331418)
Nicholas A. Migliaccio (*pro hac vice pending*)
Jason S. Rathod (*pro hac vice pending*)
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
sdemir@classlawdc.com

*Counsel for Mark Feeney and Jason Fossella*

|  |  |
|---|---|
| 1 | **ATTESTATION** |

I, C. Brandon Wisoff, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing in this document was obtained from the above signatories.

Dated:  March 8, 2021                                FARELLA BRAUN + MARTEL LLP


By:  */s/ C. Brandon Wisoff*
         C. Brandon Wisoff

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, and Robinhood Markets, Inc.*

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 3:21-cv-00833-LB