1  C. Brandon Wisoff (State Bar No. 121930)
   Eric D. Monek Anderson (State Bar No. 320934)
2  **Farella Braun + Martel LLP**
   235 Montgomery Street, 17th Floor
3  San Francisco, California 94104
4  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
5  Email:  emonekanderson@fbm.com
   Email:  bwisoff@fbm.com
6
   Antony L. Ryan (*pro hac vice* application forthcoming)
7  Kevin J. Orsini (*pro hac vice* application forthcoming)
   Brittany L. Sukiennik (*pro hac vice* application forthcoming)
8  **Cravath, Swaine & Moore LLP**
9  New York, NY 10019
   Telephone:  (212) 474-1000
10 Facsimile:  (212) 474-3700
   Email:  aryan@cravath.com
11 Email:  korsini@cravath.com
   Email:  bsukiennik@cravath.com
12
13 Attorneys for Defendants Robinhood
   Financial LLC, Robinhood Securities,
14 LLC, and Robinhood Markets, Inc.

15                       **UNITED STATES DISTRICT COURT**
16                       **NORTHERN DISTRICT OF CALIFORNIA**
                                **OAKLAND DIVISION**
17

| | |
|---|---|
| 18  MARK FEENEY AND JASON FOSSELLA, individually and on behalf of all others similarly situated, | Case No.:  4:21-cv-00833-HSG |
| 20                Plaintiffs, | **CERTIFICATION OF INTERESTED ENTITIES** |
| 21           vs. | The Hon. Haywood S. Gilliam |
| 22  ROBINHOOD FINANCIAL LLC, a Delaware limited liability company; ROBINHOOD SECURITIES, LLC, a Delaware limited liability company; ROBINHOOD MARKETS, INC., a Delaware corporation, | |
| 25                Defendants. | |

27
28

Defendants Robinhood Markets, Inc.; Robinhood Financial LLC; and Robinhood Securities, LLC, by their attorneys, Farella Braun + Martel LLP and Cravath, Swaine & Moore LLP, pursuant to Federal Rule of Civil Procedure 7.1, disclose as follows:

1. Robinhood Markets, Inc.; Robinhood Financial LLC; and Robinhood Securities, LLC are privately held companies.
2. Robinhood Markets, Inc. does not have a parent corporation.
3. Robinhood Financial LLC and Robinhood Securities, LLC are wholly-owned subsidiaries of Robinhood Markets, Inc.
4. No publicly held corporation owns 10% or more of the stock of Robinhood Markets, Inc.; Robinhood Financial LLC; or Robinhood Securities, LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that, in addition to the parties in this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial or other interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Baiju Bhatt
2. Vladimir Tenev
3. Index Ventures

Dated: March 11, 2021                    FARELLA BRAUN + MARTEL LLP

                                         By: _____
                                             C. Brandon Wisoff

                                         Attorneys for Defendants
                                         ROBINHOOD FINANCIAL LLC, et al.

CERTIFICATION OF INTERESTED ENTITIES
Case No. 4:21-cv-00833-HSG