UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANGELA E. NOBLE
Court Administrator • Clerk of Court



Apr 2, 2021

United States District Court

Northern District of California

RE:  MDL No.      2989 - In Re:  January 2021 Short Squeeze Trading Litigation

Our Case No.   1:21-md-02989-CMA

Your Case No.  See Schedule A attached

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida.  This case will be directly assigned to the Honorable Cecilia M. Altonaga.

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF.  We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail.  If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-** Dated 4/1/2021) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

ANGELA E. NOBLE
Clerk of Court

By:  s/ Maria Cruz
     MDL Clerk

Encl.

| ☒ 400 N. Miami Avenue Room 8N09 Miami, FL 33128 305-523-5100 | ☐ 299 E. Broward Boulevard Room 108 Ft. Lauderdale, FL 33301 954-769-5400 | ☐ 701 Clematis Street Room 202 W. Palm Beach, FL 33401 561-803-3400 | ☐ 301 Simonton Street Room 130 Key West, FL 33040 305-295-8100 | ☐ 300 S. Sixth Street Ft. Pierce, FL 34950 772-595-9691 |

IN RE: JANUARY 2021 SHORT SQUEEZE
TRADING LITIGATION                                               MDL No. 2989

### SCHEDULE A

Central District of California

KAYALI, ET AL. v. ROBINHOOD FINANCIAL, LLC, ET AL., C.A. No. 2:21-00835
GOSSETT, ET AL. v. ROBINHOOD FINANCIAL, LLC, ET AL., C.A. No. 2:21-00837

Northern District of California

WIEG v. ROBINHOOD FINANCIAL LLC, ET AL., C.A. No. 4:21-00693
DAYS v. ROBINHOOD MARKETS, INC., ET AL., C.A. No. 4:21-00696
DALTON v. ROBINHOOD SECURITIES, LLC, ET AL., C.A. No. 4:21-00697
KRASOWSKI, ET AL. v. ROBINHOOD FINANCIAL LLC, ET AL.,
     C.A. No. 4:21-00758
CEZANA v. ROBINHOOD FINANCIAL LLC, ET AL., C.A. No. 4:21-00759
CHENG, ET AL. v. ALLY FINANCIAL INC., ET AL., C.A. No. 4:21-00781
CURIEL-RUTH v. ROBINHOOD SECURITIES LLC, ET AL., C.A. No. 4:21-00829
FEENEY, ET AL. v. ROBINHOOD FINANCIAL, LLC, ET AL., C.A. No. 4:21-00833
KRUMENACKER v. ROBINHOOD FINANCIAL, LLC, ET AL., C.A. No. 4:21-00838
MOODY, ET AL. v. ROBINHOOD FINANCIAL, LLC, ET AL., C.A. No. 4:21-00861

Southern District of California

NORDEEN, ET AL. v. ROBINHOOD FINANCIAL LLC, ET AL., C.A. No. 3:21-00167

District of Colorado

DANIELS v. ROBINHOOD FINANCIAL, LLC, ET AL., C.A. No. 1:21-00290

District of Connecticut

ZIEGLER v. ROBINHOOD FINANCIAL LLC, ET AL., C.A. No. 3:21-00123
FRESA v. ROBINHOOD FINANCIAL LLC, ET AL., C.A. No. 3:21-00134

Middle District of Florida

DIAMOND v. ROBINHOOD FINANCIAL, LLC, ET AL., C.A. No. 6:21-00207
SCHAFF v. ROBINHOOD MARKETS, INC., ET AL., C.A. No. 8:21-00216
SCHAFF v. TD AMERITRADE, INC., C.A. No. 8:21-00222
PERRI, ET AL. v. ROBINHOOD MARKETS, INC., ET AL., C.A. No. 8:21-00234